1 | MICHAEL COSENTINO State Bar No. 83253
Attorney at Law
2 | P.O. Box 129
Alameda, CA 94501

3

Telephone: (510) 523-4702
4 | Facsimile: (510) 747-1640

5 | Attorney for Plaintiff
United States of America

6

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 | SAN FRANCISCO DIVISION

10 | UNITED STATES OF AMERICA,                     )
                                                    )       Case No. CV11-1123 SLM
11 |                               Plaintiff,        )
                                                    )
12 |                         v.                      )
                                                    )
13 | Norberto J. Loya                               )
       aka Norberto Loya,                           )
14 |                                                 )       **WRIT OF CONTINUING**
                                Defendant,          )       **GARNISHMENT**
15 |                                                 )
                               and                  )
16 |                                                 )
       Banner Health Systems,                       )
17 |                                                 )
                               Garnishee.           )
18 | _____        )

19
TO:        Payroll Department
20 |            Banner Health Systems
                1441 N. 12th St.
21 |            Phoenix, AZ 85006

22 | YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE

23 | UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN

24 | YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-

25 | JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

26 | The name and last known address of the person who is the defendant-

27 | judgment debtor (hereinafter "debtor") in this action and whose property is subject to

28 | this Writ are as follows:

Norberto J. Loya
aka Norberto Loya
8831 N. 50th Drive
Glendale, AZ 85302

This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the debtor for a defaulted student loan in the amount of $10,492.00. There is a balance of $13,844.58 due on the judgment, which amount includes costs and interest computed through November 23, 2013.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the debtor, including wages, salary, or commissions, in which the debtor has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the debtor and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. The United States has requested that the sum of 25% of the debtor's disposable earnings, which under California law represents the nonexempt portion of the debtor's earnings, be withheld from the defendant's earnings.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession any property of the debtor. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

a. Whether or not you have in your custody, control, or possession, any property owned by the debtor in which the debtor has a substantial nonexempt interest, including nonexempt, disposable earnings;

b. a description of such property and the value of such property;

1      c.      a description of any previous garnishments to which such property is

2              subject and the extent to which any remaining property is not exempt;

3              and

4      d.      the amount of the funds you anticipate owing to the debtor in the future

5              and whether the period for payment will be weekly or another specified

6              period.

7 For your convenience, a form which addresses the above-requested information is

8 attached and may be used to Answer the Writ.

9      3. After you complete the answer under oath, pursuant to 28 U.S.C. §

10 3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you

11 must mail or deliver the original Answer bearing the original signature of the person

12 preparing the answer to the Court at the following address:

13              Civil Clerk, United States District Court
             450 Golden Gate Avenue, 16th Floor
14              San Francisco, CA 94102

15 At the same time that you mail or deliver the original answer to the Court, you must

16 also mail or deliver a copy of the original Answer to both the debtor and attorney for

17 the United States at the following respective addresses:

18              Norberto J. Loya
             aka Norberto Loya
19              8831 N. 50th Drive
             Glendale, AZ 85302
20
             Michael Cosentino, Attorney at Law
21              P.O. Box 129
             Alameda, CA 94501
22
Please note that the attached form Answer contains a certificate of service which
23
needs to be completed by the person mailing the copies of the answer to the debtor
24
and the attorney for the United States, and which needs to be filed along with the
25
Answer.
26
     **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY**
27
**IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE**
28

Writ of Continuing Garnishment cand CV11-1123 SLM          3

1 │ COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO
2 │ ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH
3 │ THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO
4 │ APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY
5 │ WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR
6 │ THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY
7 │ (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO
8 │ AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND
9 │ AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED
10 │ HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO
11 │ APPEAR.

12 │
13 │ RICHARD W. WIEKING, Clerk
   │ United States District Court
14 │ for the Northern District of California

15 │ Dated: 12/06/2013          By: _____
   │                                 Deputy Clerk
16 │                                          MARK ROMYN

17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │
   │ Writ of Continuing Garnishment cand CV11-1123 SLM                    4

1  DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

2       1. Earnings include any money (whether called wages, salary, commissions,
   bonuses, or anything else) paid for personal services, pension, or retirement.
3  Vacation or sick pay is earnings subject to withholding as it is *received* by the
   employee.
4
5       2. Disposable earnings are different from gross pay or take-home pay.  They
   are the earnings left after deducting the part which state or federal law requires an
   employer to withhold as mandatory deductions.  Generally, these mandatory
6  deductions are federal income tax, social security (FICA) tax, state income tax, state
   disability insurance, and payments to public employee retirement systems.
7  Disposable earnings can change from pay period to pay period, whenever gross pay
   or required deductions change.
8
       To determine earnings that[1] are eligible for withholding, and therefore must be
9  withheld, see the chart below.

10  USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE
    EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :
11

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

[1] Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

Writ of Continuing Garnishment cand CV11-1123 SLM                                    5

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )
                                            )   Case No. CV11-1123 SLM
12                          Plaintiff,      )
                                            )
13                   v.                     )
                                            )
14   Norberto J. Loya                       )
     aka Norberto Loya,                     )
15                                          )
                            Defendant,      )
16                                          )
                            and             )
17                                          )
     Banner Health Systems,                 )   **ANSWER OF GARNISHEE**
18                                          )
                            Garnishee.      )
19   _____)

20
         I, _____, being first duly sworn, hereby state the following:
21
         1. I am the _____ (Official Title) of the Garnishee
22
     named in the above caption. I am authorized to prepare this Answer on behalf of the
23
     Garnishee.
24
         2. The Garnishee was served with the Writ of Continuing Garnishment on
25
     _____ (date) in this action.
26
         3. The Garnishee currently has custody, control, or possession of earnings of
27
     the Defendant. Yes_____ No_____
28
         4. The Garnishee expects to obtain custody, control, or possession of earnings

1  of the Defendant in the foreseeable future.  Yes_____  No____

2  5. For the pay period in effect on the date of service of this Writ of Continuing

3  Garnishment, the Garnishee states as follows:

4  a.  Defendant was in my/our employ.  Yes_____  No____

5  b.  The Defendant's pay period is _____ weekly,  _____ bi-weekly,

6  _____ semi-monthly, _____ monthly.

7  c.  The Defendant's present pay period began on _____ (date).
   ("Present" means the pay period in which the Writ of Continuing
8  Garnishment was served.)

9  d.  The Defendant's present pay period ends on _____ (date).

10  e.  The Defendant's net wages are as calculated below:

11  (1) Gross Pay                                  $_____

12  (2) Federal income tax      $_____

13  (3) F.I.C.A. tax            $_____

14  (4) State income tax        $_____

15  (5) SDI                     $_____

16  Total tax withholdings  $_____

17  Net Wages                                      $_____
18  (gross pay minus above withheld taxes)

19  6. Are there any other garnishments currently in effect?  Yes _____  No ____

20  If the answers is yes, describe below and attach to this Answer a copy of each

21  garnishment:

22

23  _____

24  _____

25  _____

26  7. Will the Garnishee owe the Defendant money in the foreseeable future?

27  Yes _____  No____  If the answer is yes, provide the reason why such money will be

28  owed, the amount of money that will be owed, and the date or dates on which each

2

1  payment will be due:

| Type of Payment | Amount | Date Payment Will be Due |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

8. Does the Garnishee currently have custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest?  Yes_____  No_____  If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

9. Does the Garnishee expect to obtain in the foreseeable future custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest?  Yes_____ No_____ If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest | Date Will Obtain Property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ |

3

1    10. Does the Garnishee have any objections or defenses to the Writ of

2  Continuing Garnishment?  Yes_____  No_____  If the answer is yes, list the nature

3  and basis of each objection and/or defense:

4  _____

5  _____

6  _____

7  _____

8  _____

9    On behalf of Banner Health Systems, I hereby certify under penalty of perjury

10  under the laws of the United States of America that the foregoing is true and correct.

11

12  Dated: _____                    By: _____

13                                              (Sign above and type or print name
                                                below)
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                              4

1    <u>CERTIFICATE OF SERVICE</u>

2    I, _____, declare:

3    That I am a citizen of the United States and employed in the County of

4    _____, California; that my business address is

5    _____; that I am

6    over the age of eighteen years; and that I am not a party to the above-entitled action;

7    That on _____ (date), I deposited in the United States mail, in

8    envelopes bearing the requisite postage, a copy of:

9    **ANSWER OF GARNISHEE**

10   addressed to each of the following, at their last known addresses, at which place

11   there is service by United States mail.

12   Norberto J. Loya
     aka Norberto Loya
13   8831 N. 50th Drive
     Glendale, AZ 85302
14
     Michael Cosentino
15   Attorney at Law
     P.O. Box 129
16   Alameda, CA 94501

17   This Certificate was executed on _____ (date),

18   at _____ (city), California.
19
     I certify under penalty of perjury that the foregoing is true and correct.
20

21

22                                              _____
                                                (sign above and type or print name
23                                              below)

24

25

26

27

28